IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

BOARD OF TRUSTEES, SHEET METAL )
WORKERS' NATIONAL PENSION )
FUND, *et al.*, )
)
    Plaintiffs, )
)
v. )  Civil Action No. 1:25-cv-266 (RDA/WBP)
)
C & F FABRICATORS, INC., )
)
    Defendant. )

## ORDER

This matter comes before the Court on U.S. Magistrate Judge William E. Fitzpatrick's Report and Recommendation ("Report") (Dkt. 13) as well as Plaintiffs' Motion for Default Judgment (Dkt. 7). Judge Fitzpatrick recommends that the Court grant the Motion and enter default judgment against Defendant C & F Fabricators, Inc. Dkt. 13. The deadline for submitting objections to the Report was October 10, 2025. To date, no objections have been filed.

After reviewing the record and Judge Fitzpatrick's Report, and finding no clear error,[1] the Court hereby APPROVES and ADOPTS the Report (Dkt. 13). Accordingly, it is hereby ORDERED that Plaintiffs' Motion (Dkt. 7) is GRANTED; and it is

FURTHER ORDERED that the Clerk of Court is DIRECTED to enter DEFAULT JUDGMENT, pursuant to Federal Rule of Civil Procedure 55, in favor of Plaintiffs and against Defendant C & F Fabricators, Inc. in the total amount of f $708,060.25 which is comprised of: (i)

---

[1] *See Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (in the absence of any objections to a Magistrate Judge's Recommendation, the Court "need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation'").

$508,591.99 in unpaid contributions for the months of January 2023 through December 2024; (ii) $82,968.25 in interest calculated at the rate of 0.0233% per day, compounded daily, on all unpaid contributions (calculated through June 30, 2025); (iii) $101,718.40 in liquidated damages equal to 20% of the unpaid contributions; (iv) $2,507.40 in interest calculated at the rate of .233% per day, compounded daily, on all late contributions due for certain months between December 2022 through December 2024 (calculated through June 30, 2025); and (v) $12,274.22 in liquidated damages equal to ten percent (10%) of the contributions due for each month of contributions that C&F failed to pay within 30 days after the due date, but paid before the lawsuit was filed; and it is

FURTHER ORDERED that Defendant is DIRECTED to pay Plaintiffs' attorneys' fees and costs in the amount of $5,992.68; and it is

FURTHER ORDERED that the Clerk of the Court is DIRECTED to place this matter among the ended causes.

IT IS SO ORDERED.

Alexandria, Virginia
March 4, 2026

/s/
Rossie D. Alston, Jr.
United States District Judge